# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO 2924
20-MD-2924

**JUDGE ROBIN L ROSENBERG**
**MAGISTRATE JUDGE BRUCE REINHART**

_____/

**THIS DOCUMENT RELATES TO:**

**JURY TRIAL DEMANDED**

**BARBARA GANUCHEAU**    9:21-cv-81021

(Plaintiff Name(s))

## SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in In re: Zantac (Ranitidine) Products Lability Litigation, MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

### I.  PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF(S)**

1. Plaintiff(s) BARBARA GANUCHEAU

   ("Plaintiff(s)") brings this action (check the applicable designation):

   a) On behalf of [himself/herself];

2. Injured Party is currently a resident and citizen of (City, State) and claims damages as set forth below.

—OR—

        Decedent died on (Month, Day, Year) _. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _.

If any party claims loss of consortium,

    3.    <u>Donald Ganucheau</u> ("Consortium Plaintiff") alleges damages for loss of consortium.

    4.    At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) <u>St. Rose LA</u>.

    5.    At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) <u>St. Rose LA</u>.

## B. DEFENDANT(S)

    6.    Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

        a.    **Brand Manufacturers:**

        Boehringer Ingelheim Corporation
        Boehringer Ingelheim Pharmaceuticals, Inc.
        Boehringer Ingelheim USA Corporation
        GlaxoSmithKline (America) Inc.
        GlaxoSmithKline LLC
        Pfizer Inc.
        Sanofi US Services Inc.
        Sanofi-Aventis U.S. LLC

        b.    **Generic Manufacturers:**

        c.    **Distributors:**

        d.    **Retailers:**

        e.    **Repackagers:**

        f.    **Others Not Named in the MPIC:**

## C. JURISDICTION AND VENUE

    7.    Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

      Eastern District of LA

8. Jurisdiction is proper upon diversity of citizenship.

## II.   PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [Check all that apply]

          By prescription

        X  Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately(month, year) <u>Jan 2018</u> to <u>Aug 2019</u>.

## III.   PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [he/she] was diagnosed with the following specific type of cancer (check all that apply):

| Row No. | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| 1 | COLORECTAL CANCER | 08/--/2019 |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaintare asserted against the specified defendants in each class of Defendantsenumerated therein, and the allegations with regard thereto are adopted in this ShortForm Complaint by reference.

| Row No. | COUNT | Cause of Action |
|---|---|---|
| 1 | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| 2 | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| 3 | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| 4 | IV | NEGLIGENCE – FAILURE TO WARN |
| 5 | IX | BREACH OF EXPRESS WARRANTIES |
| 6 | V | NEGLIGENT PRODUCT DESIGN |

| Row No. | COUNT | Cause of Action |
|---|---|---|
| 7 | VI | NEGLIGENT MANUFACTURING |
| 8 | VII | GENERAL NEGLIGENCE |
| 9 | VIII | NEGLIGENT MISREPRESENTATION |
| 10 | X | BREACH OF IMPLIED WARRANTIES |
| 11 | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: La. C. C. Art 2520 |
| 12 | XII | UNJUST ENRICHMENT |
| 13 | XIII | LOSS OF CONSORTIUM |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

### V.   JURY DEMAND

14.   Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

### VI.   PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

| | |
|---|---|
| Attorney 1 Signature: S/Andrew J. Geiger | Attorney 1 Signature: |
| Attorney 1 Print: Andrew J. Geiger | Attorney 1 Print: |
| Attorney 2 Signature: | Attorney 2 Signature: |
| Attorney 2 Print: | Attorney 2 Print: |
| Firm: Allan Berger and Associates | Firm: |
| Address1: 4173 Canal Street | Address1: |
| Address2: | Address2: |
| City: New Orleans | City: |
| State: LA | State: |
| Zip: 70119 | Zip: |
| E-mail: ageiger@bergerlawnola.com | E-mail: |

Phone: 504-486-9481                                   Phone: